DOWNEY BRAND LLP
STEVEN P. SAXTON (Bar No. 116943)
DAVID E. LINDGREN (Bar No. 35079)
MEREDITH E. NIKKEL (Bar No. 254818)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:	(916) 444-1000
Facsimile:	(916) 444-2100
ssaxton@downeybrand.com
mnikkel@downeybrand.com

ARLEN R. ORCHARD (Bar No. 143015)
General Counsel
LESLIE A. DUNSWORTH (Bar No. 172175)
Chief Assistant General Counsel
6201 S. Street, M.S. B406, P.O. Box 15830
Sacramento, CA 95852
Telephone:	(916) 732-6121
Facsimile:	(916) 732-6581
arlen.orchard@smud.org
leslie.dunsworth@smud.org

Attorneys for Plaintiff SACRAMENTO MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH LEE SALAZAR, in his official capacity as Secretary of the Interior; UNITED STATES BUREAU OF RECLAMATION; MICHAEL L. CONNOR, in his official capacity as the Commissioner of Reclamation, and DAVID MURILLO, in his official capacity as Regional Director of the Bureau of Reclamation for the Mid-Pacific Region,<br><br>　　　　　Defendants. | Case No.  2:12–cv–03112-TLN-EFB<br><br>**STIPULATION AND ORDER TO STAY ACTION** |

1315648.6

STIPULATION AND [PROPOSED] ORDER TO STAY

Plaintiff Sacramento Municipal Utility District ("SMUD") and Defendants United States Department of the Interior, Kenneth Lee Salazar, United States Bureau of Reclamation, Michael L. Conner and David Murillo ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

**RECITALS**

A. In 1970, SMUD entered into a 42-year contract (the "Original Contract") with the United States for the delivery of water through the Folsom-South Canal (the "Canal") to supply cooling water to SMUD's Cosumnes Power Plant. For several years leading up to the expiration of the Original Contract on December 31, 2012, the parties negotiated the terms of a renewal of the Original Contract but failed to reach agreement regarding Defendants' ratesetting under the Original Contract and ratesetting terms for a renewal contract. However, SMUD believes the water supplied to SMUD through the Canal is essential to the operation of the Cosumnes Power Plant and critical to the provision of electricity in SMUD's service area. Accordingly, on December 26, 2012, SMUD executed under protest an Interim Renewal Contract effective January 1, 2013 through February 28, 2015.

B. On December 28, 2012, SMUD filed a complaint in the United States District Court for the Eastern District of California pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, challenging Defendants' ratesetting and contract renewal actions that relate to the Original Contract and the Interim Renewal Contract.

C. Since the Complaint was filed, the parties have continued to engage in negotiations regarding Defendants' ratesetting under the Original Contract and the terms of a long-term renewal contract. The parties have committed substantial time, personnel, and resources to these negotiations. The parties have met multiple times and have made progress towards reaching terms of mutual agreement that would result in dismissal of the action.

D. The parties desire additional time to engage in these ongoing negotiations and potentially resolve the issues raised in the Complaint. Accordingly, the parties enter into this Stipulation to avoid potentially unnecessary litigation while the parties negotiate ratesetting under the Original Contract and terms of a renewal contract.

**STIPULATION**

NOW, THEREFORE, the parties agree as follows:

1. All further proceedings in this matter, United States District Court for the Eastern District of California Case Number 2:12–cv–03112-TLN-EFB, shall be stayed until and including September 9, 2013 so as to allow time for continued negotiations between the parties and potential resolution of the action.

2. The parties will file contemporaneously with this Stipulation a Joint Status Report outlining the proceedings that the parties anticipate will occur in the event that the matter is not resolved by September 9, 2013. If no such resolution is obtained by September 9, 2013, then the parties agree to prepare and file a supplemental joint status report with proposed dates for hearing of anticipated record preparation, motions, and a briefing schedule by October 9, 2013.

3. The parties expressly preserve all claims, defenses, objections, or legal arguments they have or may have in the above-entitled action. The parties' Stipulation and the stay of the above-entitled action shall not affect or impact the parties' claims, defenses, objections, or arguments.

IT IS SO STIPULATED.

DATED: May 9, 2013              DOWNEY BRAND LLP

                                By:       /s/ *Steven P. Saxton*
                                          STEVEN P. SAXTON
                                          DAVID E. LINDGREN
                                          MEREDITH E. NIKKEL
                                          Attorneys for Plaintiff

DATED: May 9, 2013              BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                By:       /s/ *Edward A. Olsen*
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendants

# ORDER

Based on the stipulation of the parties and good cause appearing therefor, the Court ORDERS as follows:

1. Further proceedings in the above-entitled action, United States District Court for the Eastern District of California Case Number 2:12–cv–03112-TLN-EFB shall be stayed until and including September 9, 2013.

2. In the event that the action is not resolved on or before September 9, 2013, the parties are ordered to submit a supplemental joint status report proposing dates for hearing of anticipated motions and a briefing schedule by October 9, 2013.

3. The parties preserve all claims, defenses, objections, and legal arguments they have or may have in the above-entitled action. The parties' Stipulation and the stay of the above-entitled action shall not affect or impact the parties' claims, defenses, objections, or arguments in connection therewith.

IT IS SO ORDERED.

DATED:   May 15, 2013

_____
Troy L. Nunley
United States District Judge