1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2821
   Facsimile:  (916) 554-2900
5  Email: edward.olsen@usdoj.gov

6  Attorneys for Defendants

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 SACRAMENTO MUNICIPAL UTILITY          CASE NO.  2:12-CV-03112-TLN-EFB
   DISTRICT,
12
                      Plaintiff,         **CORRECTED STIPULATION TO
13                                       EXTENT THE STAY OF
   v.                                    PROCEEDINGS; AND ORDER**
14
   UNITED STATES DEPARTMENT OF THE
15 INTERIOR, ET AL.,

16                    Defendants.

17

18

19     Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys

20 of record, hereby stipulate, subject to approval of the Court, to extend the stay of proceedings in this

21 action from September 9, 2013, to November 27, 2013, so as to allow time for continued negotiations

22 between the parties and a potential resolution of the action.  The parties have met multiple times during

23 the initial stay of proceedings, have made progress towards resolution, and believe that a brief

24 extension of the stay of proceedings could result in a mutual agreement that would result in dismissal

25 of this action.

26     If no resolution of this action occurs by November 27, 2013, the parties agree to prepare and

27 file a supplemental joint status report with a proposed briefing schedule by December 20, 2013.

28 //

1  The parties preserve all claims, defenses, objections, or legal arguments that they have or may
2  have in the action.  The parties' stipulation and the stay of this action shall not affect or impact the
3  parties' claims, defenses, objections, or arguments.

Dated: September 6, 2013                BENJAMIN B. WAGNER
                                        UNITES STATES ATTORNEY

                              By:       /s/ Edward A. Olsen
                                        EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Dated: September 6, 2013                DOWNY BRAND LLP

                              By:       /s/ Meredith E. Nikkel
                                        MEREDITH E. NIKKEL
                                        STEVE P. SAXTON
                                        DAVID E. LINDGREN
                                        Attorneys for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   September 13, 2013


                                        _____
                                        Troy L. Nunley
                                        United States District Judge