BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile:  (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL., <br><br> Defendants. | CASE NO.  2:12-CV-03112-TLN-EFB <br><br> **CORRECTED STIPULATION TO EXTEND THE STAY OF PROCEEDINGS; AND ORDER** |

Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the stay of proceedings in this action from September 9, 2013, to November 27, 2013, so as to allow time for continued negotiations between the parties and a potential resolution of the action.  The parties have met multiple times during the initial stay of proceedings, have made progress towards resolution, and believe that a brief extension of the stay of proceedings could result in a mutual agreement that would result in dismissal of this action.

If no resolution of this action occurs by November 27, 2013, the parties agree to prepare and file a supplemental joint status report with a proposed briefing schedule by December 20, 2013.

//

STIPULATION TO EXTEND STAY OF PROCEEDINGS; ORDER

The parties preserve all claims, defenses, objections, or legal arguments that they have or may have in the action.  The parties' stipulation and the stay of this action shall not affect or impact the parties' claims, defenses, objections, or arguments.

Dated: September 6, 2013                    BENJAMIN B. WAGNER
                                            UNITES STATES ATTORNEY

                                    By:     /s/ Edward A. Olsen
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
                                            Attorneys for Defendants

Dated: September 6, 2013                    DOWNY BRAND LLP

                                    By:     /s/ Meredith E. Nikkel
                                            MEREDITH E. NIKKEL
                                            STEVE P. SAXTON
                                            DAVID E. LINDGREN
                                            Attorneys for Plaintiff

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   September 13, 2013

                                            _____
                                            Troy L. Nunley
                                            United States District Judge

STIPULATION TO EXTEND STAY OF PROCEEDINGS; ORDER                    2