BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>                              Defendants. | CASE NO.   2:12-CV-03112-TLN-EFB<br><br>**STIPULATION TO EXTEND THE STAY OF PROCEEDINGS; AND ORDER** |

Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the stay of proceedings in this action to January 24, 2014, so as to allow time for continued negotiations between the parties and a potential resolution of the action.  The parties have met and conferred multiple times during the stay of this proceeding, have made substantial progress towards resolution, and believe that a short extension of the stay of proceeding could result in a resolution of  the underlying issues and a dismissal of the action.

If no resolution of this action occurs by January 24, 2014, the parties agree to prepare and file a supplemental joint status report with a proposed briefing schedule by February 7, 2014.

STIPULATION AND ORDER TO EXTEND THE STAY
OF PROCEEDINGS

1    The parties preserve all claims, defenses, objections, and legal arguments they have or may

2  have in the action.  The parties' stipulation and the stay of this action shall not affect or impact the

3  parties' claims, defenses, objections, or arguments.

4  Dated:  December 19, 2013                    BENJAMIN B. WAGNER
                                               UNITED STATES ATTORNEY
5

6                                              */s/ Edward A. Olsen*
                                               EDWARD A. OLSEN
7                                              Assistant United States Attorney
                                               Attorneys for Defendants
8

9  Dated:  December 19, 2013                    DOWNEY BRAND LLP

10                                             */s/ Meredith E. Nikkel*
                                               MEREDITH E. NIKKEL
11                                             STEVE P. SAXTON
                                               DAVID E. LINDGREN
12                                             Attorneys for Plaintiff

13

14

15                              **[PROPOSED] ORDER**

16         Pursuant to stipulation, IT IS SO ORDERED.

17

18  Dated: December 20, 2013

19

20

21                              Troy L. Nunley
                                United States District Judge
22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND THE STAY
OF PROCEEDINGS