BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO MUNICIPAL UTILITY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, ET AL.,<br><br>Defendants. | CASE NO. 2:12-CV-03112-TLN-EFB<br><br>**PARTIES' SUPPLEMENTAL STATUS REPORT; AND ORDER** |

Plaintiff, by and through its attorneys of record, and defendants, by and through their attorneys of record, hereby submit this supplemental status report.

Plaintiff Sacramento Municipal Utility District ("SMUD") brought the above-captioned action pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.*, challenging the Bureau of Reclamation's rate-setting and contract renewal actions related to the conveyance of water through the Folsom South Canal, a component of the Central Valley Project. With the benefit of several stays of this action, the parties have engaged in productive negotiations in an effort to resolve the Complaint. The parties believe that they have resolved this action and expect that the action can be dismissed promptly.

PARTIES' SUPPLEMENTAL                   1
STATUS REPORT AND ORDER

If the action is not dismissed by February 28, 2014, the parties have agreed, subject to the Court's approval, to prepare and file a supplemental joint status report with a proposed briefing schedule by March 7, 2014.

The parties preserve all claims, defenses, objections, and legal arguments they have or may have in the action.

Dated: February 7, 2014                         BENJAMIN B. WAGNER
                                                UNITED STATES ATTORNEY

                                                /s/ Edward A. Olsen
                                                EDWARD A. OLSEN
                                                Assistant United States Attorney
                                                Attorneys for Defendants


Dated: February 7, 2014                         DOWNEY BRAND LLP

                                                /s/ Meredith E. Nikkel
                                                MEREDITH E. NIKKEL
                                                STEVE P. SAXTON
                                                DAVID E. LINDGREN
                                                Attorneys for Plaintiff


## ORDER

Pursuant to the parties' supplemental joint status report, IT IS SO ORDERED.

Dated: February 10, 2014


_____
Troy L. Nunley
United States District Judge

PARTIES' SUPPLEMENTAL                    2
STATUS REPORT AND ORDER